

NOV - 3 2009

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF OKLAHOMA

IN THE MATTER OF )
)  G.O. 09-04
CLOSING OF COURT )

## ORDER

**IT IS HEREBY ORDERED** that the United States District Court for the Eastern District of Oklahoma shall be closed for business on the following dates:

Friday, November 27, 2009

Thursday, December 24, 2009

Thursday, December 31, 2009

**IT IS SO ORDERED** this 3rd day of November 2009.

James H. Payne
Chief United States District Judge