
NOV 3 0 2009

WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

IN RE: LOCAL RULES ) GO-09-05
)
)

### GENERAL ORDER

In light of recent federal rule changes, effective December 1, 2009, this Court hereby amends the Civil and Criminal Local Rules as hereinafter set forth.

The Local Civil Rules are amended as follows:

1) in LCvR 3.3(d), by striking "twenty (20) days" and inserting "twenty-one (21) days";
2) in LCvR 7.1(f), in the second and fourth sentences, by striking " fifteen (15) days" and inserting "fourteen (14) days";
3) in LCvR 7.1(h), at (1) and (2), by striking "eleven (11) days" and inserting "fourteen (14) days";
4) in LCvR 7.1(i), by striking "fifteen (15) days" and inserting "fourteen (14) days";
5) in LCvR 7.1(k), at the first and second sentences, by striking "eleven (11) days" and inserting "fourteen (14) days";
6) in LCvR 7.1(s), at first and second sentences, by striking "two (2) business days and inserting "three (3) business days;
7) in LCvR 16.1(a)(1), by striking "120 days" and "90 days" and inserting "119 days" and "91 days";
8) in LCvR 16.2(e), by striking "eleven (11) days" and inserting "fourteen (14) days";
9) in LCvR 21.1, by striking "five (5) days" and inserting "seven (7) days";
10) in LCvR 30.1(a)(1), by striking "five (5) days" and inserting "seven (7) days";
11) in LCvR 30.1(a)(2), by striking "five (5) days" and inserting "seven (7) days";
12) in LCvR 30.1(f), by striking "fifteen (15) days" and inserting "fourteen (14) days";
13) in LCvR 39.4(a), by striking "three (3) calendar days" and inserting "three (3) business days";
14) in LCvR43.1(b)(1), by striking "five (5) days" and inserting seven (7) days";
15) in LCvR 84.1(b)(2), by striking "fifteen (15) days" and inserting "fourteen (14) days";
16) in LCvR 84.1(b)(3), by striking "fifteen (15) days" and inserting "fourteen (14) days";
17) in LCvR84.1(d), in the first and second sentences, by striking "fifteen (15) days" and inserting "fourteen (14) days";
18) in LCvR 84.1(d), in the third sentence, by striking "eleven (11) days" and inserting "fourteen (14) days".

The Local Criminal Rules are amended as follows:

1) in LCrR 12.1 F., by striking "thirteen (13) days" and "five (5) days" and inserting "fourteen (14) days" and "seven (7) days";

2) in LCrR 16.1 3, by striking "six (6) days" and inserting "seven (7) days";

3) in LCrR32.1 A., by striking "(d) three days" and inserting "(d) three business days;

4) in LCrR 32.1 B., by striking "five days" and inserting "seven days";

5) in LCrR 57.2 B., by striking "thirty (30) days" and inserting "forty-five (45) days".

The amendments set forth herein shall be effective December 1, 2009.

IT IS SO ORDERED this ___30th___ day of ___November___, 2009.

_____
JAMES H. PAYNE, Chief Judge
United States District Court

_____
RONALD A. WHITE, Judge
United States District Court

_____
FRANK H. SEAY, Senior Judge
United States District Court