IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

FILED
NOV 19 2009
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____
Deputy Clerk

IN RE: )
)
ADOPTION OF LOCAL RULES )
OF THE UNITED STATES ) General Order No. 09-06
BANKRUPTCY COURT )
FOR THE EASTERN DISTRICT )
OF OKLAHOMA )

## ORDER

IT IS HEREBY ORDERED that the proposed Local Rules for the United States Bankruptcy Court for the Eastern District of Oklahoma conform with the Uniform Numbering System for Local Bankruptcy Rules.

The United States Bankruptcy Court for the Eastern District of Oklahoma is hereby authorized to adopt the proposed Local Rules.

DATED this 19th day of November, 2009.

James H. Payne
Chief U.S. District Judge

Frank H. Seay
Senior U.S. District Judge

Ronald A. White
U.S. District Judge